**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| OBIMAK ENTERPRISE | : | No. 8 EM 2019 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF HEALTH, BUREAU OF WOMEN, INFANTS, AND CHILDREN (WIC) | : : : | |
| | : | |
| | : | |
| PETITION OF: TIMOTHY N. WELBECK, ESQUIRE | : : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of May, 2019, the Motion to Withdraw as Counsel is DISMISSED. The Prothonotary is DIRECTED to process the previously-submitted, *pro se* Petition for Allowance of Appeal in the normal course.